FILED  
United States Court of Appeals  
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

February 13, 2023

Christopher M. Wolpert  
Clerk of Court

---

WESLEY THOMPSON,

    Plaintiff - Appellant,

v.

MEL COULTER,

    Defendant - Appellee.

No. 23-4005  
(D.C. No. 2:12-CV-00680-CW)  
(D. Utah)

---

## ORDER

---

This matter is before the court on the pro se appellant's Motion to Remand (the "Motion"). Upon consideration, the Motion is denied. The appellant must include all arguments in favor of his appeal in his brief. This court does not decide arguments about the merits of an appeal by motion. At the appropriate time, the court will transmit a pro se merits brief form for his use. In the meantime, the appellant must either pay the appellate filing fees of $505.00 to the district court or file a motion requesting leave to proceed *in forma pauperis* in the district court by February 17, 2023. Alternatively, the appellant may file a motion to dismiss this appeal voluntarily. Fed. R. App. P. 42(b).

    Entered for the Court  
    CHRISTOPHER M. WOLPERT, Clerk

    *Lara Smith*

    by: Lara Smith  
        Counsel to the Clerk